# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cr-102 |
| Frederick Daniel McLin, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned had previously scheduled pretrial status conference with counsel by telephone on June 18, 2024, at 9:45 AM to discuss, among other things, the viability of the current trial date. This status conference shall be rescheduled for June 18, 2024, at 2:00 PM by telephone. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court